### CHRIST, appellant, v. LEICE.

APPEAL from a decree of the surrogate of Queens county admitting to probate the last will of Peter Christ, deceased. The appellant was George Christ, one of the next of kin of deceased, and the respondents John Leice and another, executors and legatees under said will.

*Robert Johnstone*, for appellant.

*John J. Armstrong*, for respondents.

TAPPEN, J.

The decree of the surrogate was sustained upon the facts of the case.

*Decree affirmed.*